UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>   Plaintiff, <br><br> vs. <br><br> RYDER TRUCK RENTAL, INC., a New York corporation, <br><br>   Defendant. | Case No. 2:23-cv-00111-JCC <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Ryder Truck Rental, Inc. ("Ryder") have filed their Stipulated Motion for Extension of Time, up through and including March 24, 2023, for Ryder to answer, present defenses, or otherwise respond to Plaintiff's Complaint to Collect Trust Funds Pursuant to Audit ("Complaint").

IT IS HEREBY ORDERED that Ryder shall file its responsive pleading no later than March 24, 2023.

//

//

//

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 1
Case No. 2:23-cv-00111-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

DATED this 21st day of February 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION OF
TIME - 2
Case No. 2:23-cv-00111-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA # 41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7052
    Facsimile: (206) 693-7058
    Email: russell.buhite@ogletree.com

*Attorneys for Defendant Ryder Truck Rental, Inc.*

Approved as to Form; Presentation Waived:

REID, MCCARTHY, BALLEW &
LEAHY, LLP

By: */s/ Russell J. Reid*
    Russell J. Reid, WSBA #2560
    100 West Harrison Street
    North Tower, Suite 300
    Seattle, WA 98119
    Telephone: (206) 285-0464
    Facsimile: (206) 285-8925
    Email: RJR@rmbllaw.com

*Attorneys for Plaintiff Northwest Administrators, Inc.*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 3
Case No. 2:23-cv-00111-JCC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058